C. Dennis Loomis (Bar No. 82359)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA  90025
Telephone: 310. 820.8800
Facsimile:  310.820.8859
Email:      cdloomis@bakerlaw.com

John R. Fornaciari (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave. N.W., Suite 1100
Washington, D.C.  20036
Telephone: 202.861.1500
Facsimile:  202.861.1783
Email:      jfornaciari@bakerlaw.com

*Attorneys for Defendants*
*Soshin Electric Co., Ltd. and*
*Soshin Electronics of America Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In RE CAPACITORS ANTITRUST LITIGATION,<br><br>This Document Relates to:<br><br>*Avnet, Inc. v. Hitachi Chem. Co., Ltd. et al.*, No. 17-cv-7046-JD<br>and<br>*Benchmark Elecs., Inc., et al. v. AVX Corp. et al.*, No. 3:17-cv-07047-JD | Case No. 17-md-2801<br><br>Hon. James Donato<br><br>**STIPULATION REGARDING FURTHER EXTENSION OF TIME FOR SOSHIN DEFENDANTS TO RESPOND TO COMPLAINTS OF AVNET AND BENCHMARK PLAINTIFFS** |

Undersigned counsel for Plaintiff Avnet, Inc. ("Avnet"), the Benchmark Electronics Plaintiffs ("Benchmark"), and Defendants Soshin Electric Co., Ltd. and Soshin Electronics of America, Inc. (collectively "Soshin") hereby stipulate as follows:

WHEREAS, on December 5, 2017, the Judicial Panel on Multidistrict Litigation ordered the transfer of actions by Avnet and Benchmark from the District of Arizona to this Court;

WHEREAS, Avnet, Benchmark, and Soshin previously stipulated to extend the deadlines for Soshin's responses to the Avnet's Amended Complaint and Benchmark's Complaint until

1  March 22, 2018, which the Court entered [Master Dkt. 76];

2       WHEREAS, the undersigned counsel continue to be engaged in discussions that may
3  affect Soshin's responses to the Avnet and Benchmark complaints, these discussions reasonably
4  cannot be completed prior the current March 22 deadline for Soshin to respond to the complaints,
5  and the undersigned counsel expect efficiencies for the Court and the Parties may be achieved by
6  extending the March 22 deadline to allow counsel time to complete their discussions prior to
7  Soshin responding to the complaints;

8       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the
9  undersigned counsel, on behalf of their respective clients, Avnet and Benchmark on the one hand,
10 and Soshin on the other hand, as follows:

11    1. The deadline for Soshin to respond to Avnet's Amended Complaint and
12       Benchmark's Complaint shall be extended by 30 days, until April 23, 2018 (the
13       next business day); and
14    2. This extension shall not affect any other deadlines set by the Court or agreed to by
15       the Parties.

16 DATED: March 20, 2018

17 */s/Robert W. Turken*                             */s/C. Dennis Loomis*
   Robert W. Turken (admitted *pro hac vice*)       C. Dennis Loomis (No. 82359)
18 Scott N. Wagner (admitted *pro hac vice*)        **BAKER & HOSTETLER LLP**
   Lori P. Lustrin (admitted *pro hac vice*)        11601 Wilshire Boulevard, Suite 1400
19 Shalia M. Sakona (admitted *pro hac vice*)       Los Angeles, CA  90025
   Jerry R. Goldsmith (admitted *pro hac vice*)     Telephone: 310. 820.8800
20 **BILZIN SUMBERG BAENA PRICE &**                 Facsimile:  310.820.8859
21 **AXELROD LLP**                                  Email: cdloomis@bakerlaw.com
   1450 Brickell Ave., Suite 2300
22 Miami, Florida 33131-3456                        John R. Fornaciari (admitted *pro hac vice*)
   Telephone:  305-374-7580                         **BAKER & HOSTETLER LLP**
23 Facsimile:  305-374-7593                         1050 Connecticut Ave., NW, Suite 1100
24 Email: rturken@bilzin.com                        Washington, DC  20026
   Email: swagner@bilzin.com                        Telephone: 202.861.1500
25 Email: llustrin@bilzin.com                       Facsimile:  202.861.1783
   Email: ssakona@bilzin.com                        Email: jfornaciari@bakerlaw.com
26 Email: jgoldsmith@bilzin.com
27                                                  *Counsel for Defendants, Soshin Electric Co.,*
                                                    *Ltd. and Soshin Electronics of America, Inc.*
28

Baker & Hostetler LLP
Attorneys At Law
Los Angeles

1   Amy Abdo (No. 016346)
    **FENNEMORE CRAIG, P.C.**
2   2394 E. Camelback Road,
    Suite 600
3   Phoenix, AZ 85016-3429
4   Telephone: (602) 916-5000
    Email: aabdo@fclaw.com
5
6   *Counsel for Avnet, Inc. and Benchmark
    Electronics Plaintiffs*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

CASE NO. 17-MD-2801
STIPULATION AMONG AVNET, BENCHMARK, AND SOSHIN FOR FURTHER EXTENSION OF TIME