**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
Robert W. Turken (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
Lori P. Lustrin  (*pro hac vice*)
Shalia M. Sakona (*pro hac vice*)
Jerry R. Goldsmith (*pro hac vice*)
1450 Brickell Avenue
Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: llustrin@bilzin.com
Email: ssakona@bilzin.com
Email: jgoldsmith@bilzin.com

*Attorneys for Avnet, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Capacitors Antitrust Litigation* | **Case No. 17-md-02801-JD** |
| *This document relates to:* <br> *Avnet, Inc., v. Hitachi Chemical Co., Ltd., et al.,* Case No. 17-cv-7046-JD | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Plaintiff Avnet, Inc. ("Avnet") and Defendants Okaya Electric Industries Co., Ltd. and Okaya Electric America, Inc. (together "Okaya") pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. Avnet and Okaya seek the dismissal of this action against Okaya with prejudice.

2. Avnet and Okaya agree that each party shall bear its own costs and attorneys' fees in connection with these actions.

3. This stipulation does not affect the rights or claims of Avnet against any other defendant or alleged co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal against Okaya only.

**IT IS SO STIPULATED**

Dated: July 2, 2019

| | |
|---|---|
| */s/ Scott N. Wagner* | */s/ Darrell Prescott* |
| Robert W. Turken (admitted *pro hac vice*) | Darrell Prescott (Admitted *Pro Hac Vice*) |
| Scott N. Wagner (admitted *pro hac vice*) | Darrell.prescott@bakermckenzie.com |
| Lori P. Lustrin (admitted *pro hac vice*) | Catherine Y. Stillman, State Bar No. 2542440 |
| Shalia M. Sakona (admitted *pro hac vice*) | catherine.stillman@bakermckenzie.com |
| Jerry R. Goldsmith (admitted *pro hac vice*) | **BAKER & McKENZIE LLP** |
| **BILZIN SUMBERG BAENA PRICE & AXELROD LLP** | 452 Fifth Avenue |
| 1450 Brickell Ave., Suite 2300 | New York, NY 10018 |
| Miami, Florida 33131-3456 | Telephone: (212) 626 4476 |
| Telephone:  305-374-7580 | Facsimile: (212) 310 1637 |
| Facsimile:  305-374-7593 | Meghan E. Hausler (Admitted *Pro Hac Vice*) |
| rturken@bilzin.com | meghan.hausler@bakermckenzie.com |
| swagner@bilzin.com | **BAKER & McKENZIE LLP** |
| llustrin@bilzin.com | 1900 North Pearl Street |
| ssakona@bilzin.com | Suite 1500 |
| jgoldsmith@bilzin.com | Dallas, TX 75201 |
| *Counsel for Avnet* | Telephone: (214) 965 7219 |
| | Facsimile: (214) 978 5937 |
| | *Counsel for Defendants* |
| | *OKAYA ELECTRIC INDUSTRIES CO., LTD. and OKAYA ELECTRIC AMERICA, INC.* |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
17-md-2801-JD

**ECF ATTESTATION**

I, Scott N. Wagner, an ECF User whose ID and Password are being used to file STIPULATION AND [PROPOSED] ORDER OF DISMISSAL.

In compliance with Civil Local Rule 5-1, I hereby attest that counsel for has concurred in this filing.

DATED: July 2, 2019

By: <u>     */s/ Scott N. Wagner*     </u>
      Scott N. Wagner

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
17-md-2801-JD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 18, 2019

_____
UNITED STATES DISTRICT JUDGE