*[Counsel listed on signature page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | MDL Case No. 3:17-md-02801-JD |
| THIS DOCUMENT RELATES TO: | **JOINT NOTICE OF SETTLEMENT** |
| *Avnet, Inc. v. Hitachi Chemical Co., Ltd., et al.,* Case No. 17-cv-7046 | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Avnet has reached settlements in principle with the following Defendants:

- Shinyei Kaisha; Shinyei Technology Co., Ltd.; Shinyei Capacitor Co., Ltd.; Shinyei Corporation of America, Inc. (collectively, "Shinyei");

- Nichicon Corporation; Nichicon (America) Corporation (collectively, "Nichicon"); and

- Holy Stone Enterprise Co., Ltd.; Milestone Global Technology, Inc. (D/B/A HolyStone International) (collectively, "Holy Stone" and together with the other above-named Defendants, "Settling Defendants.").

Avnet and the Settling Defendants will file notices of dismissal with this Court in advance of commencement of trial on November 28, 2022.

The Defendants remaining in this action are: ELNA Co., Ltd. and ELNA America Inc.; Hitachi Chemical Co., Ltd., Hitachi AIC Inc., and Hitachi Chemical Co. America, Ltd.; Matsuo Electric Co., Ltd.; Nippon Chemi-Con Corporation and United Chemi-Con, Inc.; Rubycon Corporation and Rubycon America Inc.; Soshin Electric Co., Ltd. and Soshin Electronics of America, Inc.; and Taitsu Corporation and Taitsu America, Inc.

Dated: November 2, 2022

By: */s/ Scott N. Wagner*
Robert W. Turken (admitted *pro hac vice*)
Scott N. Wagner (admitted *pro hac vice*)
Lori P. Lustrin (admitted *pro hac vice*)
Shalia M. Sakona (admitted *pro hac vice*)
Ilana Drescher (admitted *pro hac vice*)
**BILZIN SUMBERG BAENA PRICE & AXELROD, LLP**
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456
Telephone: (305)-374-7580
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: llustrin@bilzin.com
Email: ssakona@bilzin.com
Email: idrescher@bilzin.com

*Counsel to Plaintiff Avnet, Inc.*

|   |   |
|---|---|
| 1 | |
| 2 | By: /s/ Gaspare J. Bono |
|   | Gaspare J. Bono (admitted *pro hac vice*) |
| 3 | Leslie A. Barry (admitted *pro hac vice*) |
|   | **DENTONS US LLP** |
| 4 | 1900 K Street, NW |
|   | Washington, DC 20006 |
| 5 | Telephone: 202-496-7500 |
|   | Facsimile: 202-496-7756 |
| 6 | gap.bono@dentons.com |
| 7 | leslie.barry@dentons.com |

By: /s/ Gaspare J. Bono
Gaspare J. Bono (admitted *pro hac vice*)
Leslie A. Barry (admitted *pro hac vice*)
**DENTONS US LLP**
1900 K Street, NW
Washington, DC 20006
Telephone: 202-496-7500
Facsimile: 202-496-7756
gap.bono@dentons.com
leslie.barry@dentons.com

Andrew S. Azarmi
**DENTONS US LLP**
1999 Harrison Street
Suite 1300
Oakland, CA 94612
Telephone: 415-882-5000
Facsimile: 415-882-0300
andrew.azarmi@dentons.com

*Counsel for Defendants Shinyei Kaisha, Shinyei Technology Co., Ltd., Shinyei Capacitor Co., Ltd. and Shinyei Corporation of America, Inc.*

By: /s/ Eric P. Enson
Eric P. Enson
JONES DAY
555 S. Flower Street, Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone: (213) 243-2304
Email: epeson@jonesday.com

*Attorneys for Defendants*
HOLY STONE ENTERPRISE CO., LTD., AND
MILESTONE GLOBAL TECHNOLOGY, INC.

/s/ Michael E. Martinez

Michael Martinez (admitted *pro hac vice*)
Lauren Norris Donahue (*pro hac vice*)
Brian J. Smith (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, IL 60602

Tel. 312.372.1121
Fax 312.827.8000
michael.martinez@klgates.com
lauren.donahue@klgates.com
brian.j.smith@klgates.com

Philip S. Van Der Weele (*pro hac vice*)
**K&L GATES LLP**
One SW Columbia Street, Suite 1900
Portland, Oregon 97204
Tel. 503.228.3200
phil.vanderweele@klgates.com

*Attorneys for Defendants Nichicon Corporation and Nichicon (America) Corporation*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was served via e-mail through the CM/ECF system for the Northern District of California on all counsel of record on November 2, 2022.

*/s/ Scott N. Wagner*
Scott N. Wagner