*[Counsel listed on signature page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | MDL Case No. 3:17-md-02801-JD |
| THIS DOCUMENT RELATES TO: | **JOINT NOTICE OF SETTLEMENT** |
| *Avnet, Inc. v. Hitachi Chemical Co., Ltd., et al.,* Case No. 17-cv-7046 | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Avnet, Inc. ("Avnet") has reached a settlement in principle with Defendants Hitachi Chemical Co., Ltd.; Hitachi AIC Inc.; Hitachi Chemical Co. America, Ltd. (collectively, "Hitachi").

Avnet and Hitachi will file a notice of dismissal with this Court in advance of commencement of trial on November 28, 2022.

The Defendants remaining in this action are: ELNA Co., Ltd. and ELNA America Inc.; Matsuo Electric Co., Ltd.; Nippon Chemi-Con Corporation and United Chemi-Con, Inc.; Rubycon Corporation and Rubycon America Inc.; Soshin Electric Co., Ltd. and Soshin Electronics of America, Inc.; and Taitsu Corporation and Taitsu America, Inc.

Dated: November 9, 2022

By: */s/ Scott N. Wagner*
Robert W. Turken (admitted *pro hac vice*)
Scott N. Wagner (admitted *pro hac vice*)
Lori P. Lustrin (admitted *pro hac vice*)
Shalia M. Sakona (admitted *pro hac vice*)
Ilana Drescher (admitted *pro hac vice*)
**BILZIN SUMBERG BAENA PRICE & AXELROD, LLP**
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456
Telephone: (305)-374-7580
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: llustrin@bilzin.com
Email: ssakona@bilzin.com
Email: idrescher@bilzin.com

*Counsel to Plaintiff Avnet, Inc.*

| | |
|---|---|
| Dated: November 9, 2022 | WILSON SONSINI GOODRICH & ROSATI<br>Chul Pak (admitted *pro hac vice*)<br>1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019<br>Telephone: (212) 497-7758<br>Facsimile: (212) 999-5899<br>cpak@wsgr.com<br><br>WILSON SONSINI GOODRICH & ROSATI<br>Jeffrey C. Bank (admitted *pro hac vice*)<br>1700 K Street NW, 5th Floor<br>Washington, DC 20006<br>Telephone: (212) 497-7761<br>Facsimile: (212) 999-5899<br>jbank@wsgr.com<br><br>By:  */s/ Chul Pak*<br><br>*Attorneys For Defendants Hitachi Chemical Co., Ltd., Hitachi AIC Inc., and Hitachi Chemical Co. America, Ltd.* |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was served via e-mail through the CM/ECF system for the Northern District of California on all counsel of record on November 9, 2022.

*/s/ Scott N. Wagner*
Scott N. Wagner