**[Counsel for Stipulated Parties Listed on Signature Pages]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE CAPACITORS ANTITRUST LITIGATION** <br><br> This Document Relates to: <br><br> *Avnet, Inc. v Hitachi Chemical Co., Ltd., et al.,* Case No. 3:17-cv-07046-JD | Case No.: 3:17-md-2801-JD <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL DEADLINES** |

WHEREAS, on September 22, 2022, Plaintiff Avnet, Inc. ("Avnet") and Defendants Nippon Chemi-Con, Corp., United Chemi-Con, Inc., Elna Co., Ltd., Elna America, Inc, and Matsuo Electric Co., Ltd. ("Defendants") filed a proposed pretrial schedule, including a proposed deadline to jointly file all deposition designations other than impeachment or rebuttal testimony on November 23, 2022. [MDL ECF 1757].

WHEREAS, on September 30, 2022, the Court granted the Parties' proposed pretrial schedule. [MDL ECF No. 1758].

WHEREAS, on November 21, 2022, the Court vacated the existing trial date and directed the Parties to jointly propose a new trial date later than February 1, 2023, which the Parties will do promptly. [MDL ECF No. 1808].

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among undersigned counsel, on behalf of their respective clients, Avnet, on the one hand, and Defendants, on the other hand, as follows:

1. The Parties agree to suspend the current deadline to exchange deposition counter-designations and objections to designations and the current deadline to jointly file all deposition designations other than impeachment or rebuttal testimony pending.
2. The Parties agree to exchange deposition counter-designation and objections to designations three weeks before the new trial date.

DATED: November 22, 2022

So Ordered.

Date

Hon. James Donato
United States District Judge

| | |
|---|---|
| **BILZIN SUMBERG BAENA PRICE & AXELROD, LLP**<br>*s/ Robert W. Turken*<br>Robert W. Turken (admitted *pro hac vice*)<br>Scott N. Wagner (admitted *pro hac vice*)<br>Lori P. Lustrin (admitted *pro hac vice*)<br>Shalia M. Sakona (admitted *pro hac vice*)<br>Ilana Drescher (admitted *pro hac vice*)<br>1450 Brickell Avenue, Suite 2300<br>Miami, FL 33131-3456<br>Telephone: (305)-374-7580<br>Email:rturken@bilzin.com<br>Email: swagner@bilzin.com<br>Email: llustrin@bilzin.com<br>Email: ssakona@bilzin.com<br>Email: idrescher@bilzin.com<br><br>*Counsel to Plaintiff Avnet, Inc.* | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>*s/ Joseph J. Bial*<br>Joseph J. Bial (admitted pro hac vice)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 223-7300<br>Facsimile: (202) 223-7420<br>jbial@paulweiss.com<br><br>Roberto Finzi (admitted pro hac vice)<br>Farrah R. Berse (admitted pro hac vice)<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>rfinzi@paulweiss.com<br>fberse@paulweiss.com<br><br>*Counsel for Defendants*<br>*Nippon Chemi-Con, Corp. and*<br>*United Chemi-Con, Inc.* |
| **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>*s/ Chris Johnstone*<br>Chris Johnstone (CA SBN 242152)<br>2600 El Camino Real<br>Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br>chris.johnstone@wilmerhale.com<br><br>Thomas Mueller (admitted *pro hac vice*)<br>Jennifer Milici (admitted (*pro hac vice*)<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br>thomas.mueller@wilmerhale.com<br>jennifer.milici@wilmerhale.com<br><br>*Counsel for Defendants Elna Co., Ltd. and Elna America, Inc.* | **MORRISON & FOERSTER LLP**<br>*s/ Bonnie Lau*<br>Bonnie Lau<br>Margaret Webb<br>425 Market Street<br>San Francisco, CA 94105<br>blau@mofo.com<br>mwebb@mofo.com<br><br>David D. Cross<br>2100 L Street, NW Suite 900<br>Washington, D.C. 20037<br>dcross@mofo.com<br><br>*Attorneys for Defendant Matsuo Electric Co., Ltd.* |