Jarod M. Bona (234327)
Aaron R. Gott (314264)
Luke Hasskamp (280872)
Luis Blanquez (321249)
Bona Law PC
4275 Executive Square, Suite 200
La Jolla, CA 92037
jarod.bona@bonalawpc.com
aaron.gott@bonalawpc.com
luke.hasskamp@bonalawpc.com
luis.blanquez@bonalawpc.com
858.964.4589
858.964.2301 (fax)

*Counsel for Defendants Taitsu Corporation and Taitsu America, Inc.*

[Additional parties and counsel listed on signature pages]

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION (NO. III)<br><br>This Document Relates to All Direct Action Plaintiffs:<br><br>*The AASI Beneficiaries' Trust, by and Through Kenneth A. Welt, Liquidating Trustee, v. AVX Corp. et al.*, Case No. 3:17-cv-03472-JD<br><br>*Avnet, Inc., v. Hitachi Chemical Co., Ltd., et al.,* Case No. 3:17-cv-07046-JD | Master File No.: 3:17-md-02801-JD<br><br>The Hon. James Donato<br><br>**REPLY IN SUPPORT OF MOTION BY COUNSEL TO WITHDRAW FOR DEFENDANTS TAITSU CORPORATION AND TAITSU AMERICA, INC.**<br><br>**Date:     January 5, 2023**<br><br>**Time:    10:00 a.m.**<br><br>**Courtroom:  No. 11** |

**REPLY MEMORANDUM**

On November 9, 2022, Bona Law and its attorneys moved to withdraw as counsel for Defendants Taitsu Corporation and Taitsu America, Inc. (collectively, "Taitsu"). *See* Dkt. 1790.[1]

Under Civil Local Rule 7.3, any opposition to Bona Law's motion was due by November 23, 2022. Civ. L.R. 7-3(a). To date, no party has filed an opposition or otherwise responded to Bona Law's motion.

Further, during the November 10, 2022 Pretrial Conference, the Court addressed Bona Law's motion to withdraw with counsel and stated that it would grant the motion. *See* Dkt. 1801 ("For defendant Taitsu, the Court will grant counsel's motion to withdraw.").

Taitsu has been informed of these developments and continues to consent to Bona Law's withdrawal.

**CONCLUSION**

For these reasons and those stated in its motion and on the record during the November 10 Pretrial Conference, Bona Law and its attorneys ask the Court to enter an order terminating their representation of Taitsu Corporation and Taitsu America, Inc.

Respectfully submitted,

Dated: November 30, 2022

*/s/ Jarod M. Bona*
Jarod M. Bona
Aaron R. Gott
Luke Hasskamp
Luis Blanquez
**BONA LAW PC**
4275 Executive Square, Suite 200
La Jolla, CA 92037
jarod.bona@bonalawpc.com
aaron.gott@bonalawpc.com

---

[1] *See also* Case No. 3:17-cv-03472-JD, Dkt. 400; Case No. 3:17-cv-07046-JD, Dkt. 290.

luke.hasskamp@bonalawpc.com
luis.blanquez@bonalawpc.com

Alexandra Shear
**BONA LAW PC**
287 Park Avenue South, Suite 422
New York, NY 10010

*Counsel for Defendants Taitsu*
*Corporation*
*and Taitsu America, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on the 30th day of November 2022, I caused a true and correct copy of the foregoing to be served by operation of the electronic filing system of the U.S. District Court for the Northern District of California upon all counsel who have consented to receive notice of filings in the matters styled *In re Capacitors Antitrust Litigation (No. III).*, Master File No.: 3:17-md-02801-JD.

/s/ Jarod Bona
JAROD BONA