UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:17-cv-07046-JD Avnet Incorporated v. Hitachi Chemical Company Limited et al
3:17-md-02801-JD In re Capacitors Antitrust Litigation (No. III)

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF'S ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Hon. James Donato | Scott Wagner<br>Robert Turken<br>Laurie Lustrin<br>Illana Dresher | Farrah Berse<br>Joseph Bial<br>Roberto Finzi<br>Leah Hibbler |
| **TRIAL DATE:**<br>May 16, 2023 | **REPORTER(S):**<br>Belle Ball | **CLERK:**<br>Lisa Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:14 am | | | Court in session; outside the presence of the jury. | |
| | | 9:17 am | | | Court in session; all parties and jury present. | |
| | | 9:17 am | | | Plaintiff calls Dr. Leslie Marx | |
| | | | | | Witness accepted as an expert. | |
| | | 10:30 am | | | Court in recess. | |
| | | 10:44 am | | | Court in session; all parties and jury present. | |
| | | | | | Cross-examination of Dr. Leslie Marx | |
| | | 11:42 am | | | Redirect of Dr. Leslie Marx | |
| | | 11:45 am | | | Court in recess for jury. | |
| | | 11:47 am | | | Court in recess for parties. | |
| | | 12:14 pm | | | Court back in session; out of the presence of the jury. Court reads questions from the jury to the parties. | |
| | | 12:24 pm | | | Court in session; all parties and jury present. Court asks jurors' questions to witness as discussed with parties. | |
| | | 12:34 pm | | | Defendants call Dr. Laila Haider | |
| | | | | | Witness accepted as an expert. | |
| | | 1:34 pm | | | Court in recess. | |
| | | 1:57 pm | | | Court in session; all parties and jury present. Continued direct examination of Dr. Laila Haider | |
| | | 2:14 pm | | | Cross-examination of Dr. Laila Haider | |
| | | 2:36 pm | | | Court in recess for the day. | |
| | | | | | Plaintiff has 172 minutes left. | |
| | | | | | Defendants have 394 minutes left. | |