**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
Robert W. Turken (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
Lori P. Lustrin  (*pro hac vice*)
Shalia M. Sakona (*pro hac vice*)
Ilana Drescher (*pro hac vice*)
1450 Brickell Avenue
Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: llustrin@bilzin.com
Email: ssakona@bilzin.com
Email: idrescher@bilzin.com

*Attorneys for Avnet, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Capacitors Antitrust Litigation* | **Case No. 3:17-md-2801-JD** |
| *This document relates to:* <br><br> *Avnet, Inc., v. Hitachi Chemical Co., Ltd., et al.*, Case No. 3:17-cv-07046-JD | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Plaintiff Avnet, Inc. ("Avnet") and Defendants ELNA Co., Ltd. and ELNA America Inc. (collectively, "ELNA") pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. Avnet and ELNA seek the dismissal of this action with prejudice against ELNA only.

2. Avnet and ELNA agree that each party shall bear its own costs and attorneys' fees in connection with this action.

3. This stipulation does not affect the rights or claims of Avnet against any other defendant or alleged co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal against ELNA only.

*/s/ Scott N. Wagner*
Robert W. Turken (admitted *pro hac vice*)
Scott N. Wagner (admitted *pro hac vice*)
Lori P. Lustrin (admitted *pro hac vice*)
Shalia M. Sakona (admitted *pro hac vice)*
Ilana Drescher (admitted *pro hac vice*)
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone:  305-374-7580
rturken@bilzin.com
swagner@bilzin.com
llustrin@bilzin.com
ssakona@bilzin.com
idrescher@bilzin.com

*Attorneys for Plaintiff Avnet, Inc.*

*/s/ Chris Johnstone*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
Thomas Mueller (*pro hac vice*)
Jennifer Milici (*pro hac vice)*
2100 Pennsylvania Avenue NW
Washington DC 20037
 Thomas.Mueller@wilmerhale.com
Jennifer.Milici@wilmerhale.com

Chris Johnstone
2600 El Camino Real
Palo Alto, CA 94306
Chris.Johnstone@wilmerhale.com

*Attorneys for Defendants ELNA Co., Ltd. and ELNA America Inc.*

|   |   |
|---|---|
| 1 | **ECF ATTESTATION** |
| 2 | I, Scott N. Wagner, an ECF User whose ID and Password are being used to file |
| 3 | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL. |
| 4 | In compliance with Civil Local Rule 5-1, I hereby attest that counsel for ELNA has |
| 5 | concurred in this filing. |
| 7 | DATED: May 19, 2023 |
| 8 | By: */s/ Scott N. Wagner* |
| 9 | Scott N. Wagner |

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3 Dated: _____   _____

4                                                                        UNITED STATES DISTRICT JUDGE