UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL MINUTE ORDER**

Case No.  17-cv-07046-JD & 17-MD-02801-JD

Case Name:  IN RE CAPACITORS ANTITRUST LITIGATION

Date:  May 17, 2023                                              Time:  5 Hours & 13 Minutes

**The Honorable James Donato**

**Clerk**: LISA R. CLARK                          **Court Reporter**: Pam Hebel/Belle Ball

**COUNSEL FOR PLTF**:           Robert Turken, Scott Wagner, Laurie Lustrin, Illana Dresher

**COUNSEL FOR DEFT**:           Roberto Finzi, Farrah Berse, Joseph Bial, Leah Hibbler

Trial Began:  May 9, 2023                        Further Trial:  May 18, 2023

**TRIAL MOTIONS HEARD**:                     **DISPOSITION:**

1.  _____          _____

2.  _____          _____

3.  _____          _____

**OTHER:**

See Trial Sheet Attached.

**VERDICT:**

**DISPOSITION OF EXHIBITS:**