UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:17-cv-07046-JD Avnet Incorporated v. Hitachi Chemical Company Limited et al
3:17-md-02801-JD In re Capacitors Antitrust Litigation (No. III)

**EXHIBIT and WITNESS LIST**

| JUDGE: Hon. James Donato | PLAINTIFF'S ATTORNEY: Scott Wagner, Robert Turken, Lori Lustrin, Illana Dresher | DEFENSE ATTORNEY: Farrah Berse, Joseph Bial, Roberto Finzi, Leah Hibbler |
|---|---|---|
| TRIAL DATE: May 17, 2023 | REPORTER(S): Belle Ball | CLERK: Lisa Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | Court in session; all parties and jury present. | |
| | | | | | Court reads questions from jury for Dr. Haider to answer. | |
| | | | | | Defendants call Stephen Watlock | |
| | | | | | Exhibits 17432, 15268, 15626, 15237, 2860, 2852 admitted into evidence. | |
| | | | | | Cross-examination of Mr. Watlock | |
| | | | | | Re-direct of Mr. Watlock | |
| | | | | | Court reads questions from jury for Mr. Watlock to answer. | |
| | | | | | Defendants call Satoshi Okubo (read-in testimony) | |
| | | | | | Exhibits 106, 110, 438-473, 1003 & 8964 admitted into evidence. | |
| | | | | | Defendants call Shuji Takada (testimony by video) | |
| | | | | | Exhibits 1364 & 8253 admitted into evidence | |
| | | | | | Defendants call Takashi Fukaumi (testimony by video) | |
| | | | | | Exhibits 2839 & 5600 admitted into evidence | |
| | | | | | Defendants call Ippei Takeda (testimony by video) | |
| | | | | | Exhibits 1364 & 8253 admitted into evidence | |
| | | | | | Defendants call Kazuhiko Mitsuhori (testimony by video) | |
| | | | | | Exhibits 2320, 2574, 8250, 8256, 8261 & 8267 admitted into evidence. | |
| | | | | | Defendants call Tomohiro Inoue | |
| | | | | | Exhibits 15136 & 15226 admitted into evidence. | |
| | | | | | Cross-examination of Tomohiro Inoue | |
| | | | | | Re-direct of Tomohiro Inoue | |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | Court reads questions from jury for Mr. Inoue to answer. | |
| | | | | | Court in recess for the jury. | |
| | | | | | Court in session; out of the presence of the jury. | |
| | | | | | Court finalizes the jury instructions with the parties. | |
| | | | | | Court in recess for the day. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |