**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*In re Capacitors Antitrust Litigation*

*This document relates to:*

*Avnet, Inc., v. Hitachi Chemical Co., Ltd., et al.*, Case No. 3:17-cv-07046-JD

**Case No. 3:17-md-2801-JD**

**[PROPOSED] FINAL JUDGMENT AGAINST DEFENDANTS NIPPON CHEMI-CON CORPORATION AND UNITED CHEMI-CON, INC.**

**THIS CAUSE** comes before the Court upon the conclusion of the jury trial in this matter. The jury rendered a verdict in favor of Plaintiff Avnet, Inc. ("Avnet") against Defendants Nippon Chemi-Con Corporation and United Chemi-Con, Inc. for damages under Section 1 of the Sherman Act and Section 4 of the Clayton Act in the amount of $89,244,000.00 [Case No. 3:17-md-2801-JD, ECF No. 1932 and Case No. 3:17-cv-07046-JD, ECF No. 381] (the "Verdict").

The Verdict award is trebled to $267,732,000.00 pursuant to Section 4 of the Clayton Act. The trebled damage award is offset by Avnet's prior settlements in this action in the amount of $117,055,000.00 for a total sum of $150,677,000.00.

Pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED AND ADJUDGED** that final judgement is entered in favor of Avnet against Nippon Chemi-Con Corporation and United Chemi-Con, Inc. in the amount of $150,677,000.00. Avnet is further awarded post-judgment interest from the date of entry of this Judgment at the applicable federal post-judgment interest rate until this Judgment is paid in full.

**IT IS SO ORDERED**.

DATED: _____

_____
United States District Judge