EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* | FOR RECORDER'S USE ONLY |
|---|---|
| After recording, return to:<br>Robert W. Turken<br>Bilzin Sumberg Baena Price & Axelrod<br>1450 Brickell Avenue, Suite 2300<br>Miami, Florida 33131<br>TEL NO.: 305-374-7580   FAX NO. (optional):<br>E-MAIL ADDRESS (Optional): rturken@bilzin.com<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

**PLAINTIFF:** Avnet, Inc.
**DEFENDANT:** United Chemi-Con, Inc. and Nippon Chemi-Con Corporation

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS   [ ] Amended

**CASE NUMBER:** 3:17-md-2801-JD / 3:17-cv-7046-JD

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      United Chemi-Con, Inc.
      1701 Golf Rd #1-1200,
      Rolling Meadows, IL 60008
   
   b. Driver's license no. [last 4 digits] and state: [ ] Unknown
   c. Social security no. [last 4 digits]: [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Avnet, Inc.
   2211 South 47th Street
   Phoenix, AZ 85304

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: 6/27/2023

Robert W. Turken
(TYPE OR PRINT NAME)

/s/ Robert Turken
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 150,677,000.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 6/9/2023
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*
6/28/23

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*
11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*
12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by *Mark B. Busby* /s/ Felicia Brown   Felicia Brown, Deputy

---

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

CEB
www.ceb.com

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: Avnet, Inc. | COURT CASE NO.: |
|---|---|
| DEFENDANT: United Chemi-Con, Inc. and Nippon Chemi-Con Corporation | 3:17-md-2801-JD / 3:17-cv-7046-JD |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address
Nippon Chemi-Con Corporation
c/o United Chemi-Con, Inc.
   1701 Golf Rd #1-1200,
   Rolling Meadows, IL 60008

   Driver's license no. [last 4 digits] and state:   ☐ Unknown
   Social security no. [last 4 digits]:   ☐ Unknown
   Summons was personally served at or mailed to *(address):*

17. Name and last known address
United Chemi-Con, Inc.
5651 Dolly Avenue
Buena Park, California 90621

   Driver's license no. [last 4 digits] and state:   ☐ Unknown
   Social security no. [last 4 digits]:   ☐ Unknown
   Summons was personally served at or mailed to *(address):*

18. Name and last known address
United Chemi-Con, Inc.
185 Mcneil Road, Lansing,
North Carolina 28643-8301, U.S.A.

   Driver's license no. [last 4 digits] and state:   ☐ Unknown
   Social security no. [last 4 digits]:   ☐ Unknown
   Summons was personally served at or mailed to *(address):*

19. Name and last known address
United Chemi-Con, Inc.
7501 Memorial Parkway SW, Suite 209,
Huntsville, Alabama, 35801

   Driver's license no. [last 4 digits] and state:   ☐ Unknown
   Social security no. [last 4 digits]:   ☐ Unknown
   Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.