

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 17 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: CAPACITORS ANTITRUST LITIGATION (NO.III),

------------------------------

AVNET, INC.,

    Plaintiff-Appellee,

v.

NIPPON CHEMI-CON CORPORATION; UNITED CHEMI-CON, INC.,

    Defendants-Appellants.

No. 23-15940

D.C. Nos. 3:17-cv-07046-JD
          3:17-md-02801-JD
Northern District of California, San Francisco

ORDER

The joint motion (Docket Entry No. 4) to stay appellate proceedings is granted. The previously established briefing schedule is vacated.

Appellate proceedings are stayed until September 8, 2023. If no motion for further relief is filed before this date, the briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA168