UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 13 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re:  CAPACITORS ANTITRUST
LITIGATION (NO.III),

----------------------------------------------------

AVNET, INC.,

Plaintiff-Appellee,

v.

NIPPON CHEMI-CON CORPORATION;
UNITED CHEMI-CON, INC.,

Defendants-Appellants.

No.    23-15940

D.C. Nos.    3:17-cv-07046-JD
             3:17-md-02801-JD
Northern District of California,
San Francisco

ORDER

Pursuant to the parties' stipulated motion (Docket Entry No. 8), this appeal

is voluntarily dismissed.  Fed. R. App. P. 42(b).  The parties shall bear their own

costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Robert Kaiser
Circuit Mediator